# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

BRIAN K. ALLEN, JR.

NO. 2023 KW 0639

SEPTEMBER 25, 2023

---

In Re:  Brian K. Allen, Jr., applying for supervisory writs, 21st Judicial District Court, Parish of Livingston, No. 33820.

---

BEFORE:  GUIDRY, C.J., CHUTZ AND LANIER, JJ.

**WRIT DENIED.** The exception to the procedural bar and time limitation set forth in La. Code Crim. P. arts. 930.4 and 930.8 shall apply only to a substantive claim of factual innocence and shall not apply to any other claims raised by the petitioner. See La. Code Crim. P. arts. 926.2(A) & (B). Relator presents "nontestimonial evidence" regarding La. Const. art. I, § 17 and La. Code Crim. P. art. 782 as they existed prior to their amendment in 2018. These allegations and the nontestimonial evidence submitted by relator have no bearing on his factual innocence in this case. Accordingly, the district court did not abuse its discretion by denying the application for postconviction relief.

JMG
WRC
WIL

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT